Scott E. Davis, Esq.
Scott E. Davis, PC
8360 East Raintree Drive
Suite 140
Scottsdale, AZ 85260
Telephone: (602) 482-4300
Facsimile: (602) 569-9720
Email: davis@scottdavispc.com

Attorney for Plaintiff *Robert Michael Ray*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Michael Ray,<br><br>    Plaintiff,<br><br>    v.<br><br>The Prudential Insurance Company of America, SuperMedia Inc., SuperMedia Inc. Long Term Disability Insurance Plan,<br><br>    Defendants. | Case No. 2:15-cv-01567-ROS<br><br>**STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE** |

The parties, having settled their dispute, stipulate that the Court shall dismiss this matter with prejudice. Each side will bear its own attorney's fees and costs.

DATED this 8th day of April, 2016.

/s/ *Scott E. Davis*_____     /s/*Shelley R. Hebert*_____
Scott E. Davis                                         Shelley R. Hebert
Scott E. Davis, P.C.                                Seyfarth Shaw LLP
Attorney for Plaintiff                             Anthony J. Fernandez
                                                              Quintairos, Prieto, Wood & Boyer, P.A.
                                                              Attorney for Defendants